## ATCHISON, T. & S. F. RY. CO. v. RATH.

No. 1844.   Opinion Filed May 14, 1912.

(124 Pac. 59.)

**APPEAL AND ERROR** — Dismissal — Failure to File Briefs.   Where plaintiff in error files no brief as required by rule 7 (20 Okla. viii, 95 Pac. vi) of this court, the appeal will be dismissed for want of prosecution.

(Syllabus by Brewer, C.)

*Error from Payne County Court;*
*P. D. Mitchell, Judge.*

Action by William Rath against the Atchison, Topeka & Santa Fe Railway Company.  Judgment for plaintiff, and defendant brings error.  Dismissed.

*Cottingham & Bledsoe, Charles H. Woods,* and *Lowry & Lowry,* for plaintiff in error.

Opinion by BREWER, C.   The petition in error and transcript of the record was filed in this court on July 6, 1910.  The plaintiff in error has failed to file any brief in the case.  The petition in error shall therefore be dismissed for want of prosecution.  *Hass et al. v. McCampbell,* 27 Okla. 290, 111 Pac. 543; *Maddin v. McCormick et al.,* 27 Okla. 778, 117 Pac. 200; *McClelland v. Witherall,* 30 Okla. 287, 119 Pac. 205.

By the Court:  It is so ordered.